No. 378, Misc. CAREY v. GEORGE WASHINGTON UNIVERSITY. C. A. D. C. Cir. Certiorari denied.

No. 384, Misc. ARMSTRONG v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 385, Misc. CARR v. ALABAMA. Ct. App. Ala. Certiorari denied. *Fred Blanton, Jr.,* for petitioner. *MacDonald Gallion,* Attorney General of Alabama, *John G. Bookout,* Chief Assistant Attorney General, and *Robert F. Miller,* Assistant Attorney General, for respondent.

No. 388, Misc. ROBERTS v. PEPERSACK, CORRECTIONS COMMISSIONER, ET AL. C. A. 4th Cir. Certiorari denied.

No. 389, Misc. THOMAS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 392, Misc. SALTON v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 396, Misc. MICKEL v. SOUTH CAROLINA STATE EMPLOYMENT SERVICE ET AL. C. A. 4th Cir. Certiorari denied. *Donald James Sampson* for petitioner. *Robert T. Thompson* for respondent Exide Battery Co.

No. 403, Misc. HANFORD v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 405, Misc. VILLA v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 412, Misc. TURNER v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.